**No. 09-9857. Joshua Mojica, aka Ramiro Josh Salazar, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2394, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3609.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 357 Fed. Appx. 273.

**No. 09-9858. Elvis Rivera, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2394, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3566.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 357 Fed. Appx. 404.

**No. 09-9866. Miguel Cabrera, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2394, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3554.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the First Circuit denied.

**No. 09-9872. Jermaine King, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2395, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3623.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 09-9879. Timothy Truong, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2395, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3490.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 587 F.3d 1049.

**No. 09-9886. Juan Soto-Munoz, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2396, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3579.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 343 Fed. Appx. 303.

**No. 09-9895. Virgil Rivers, Petitioner v. United States.**

559 U.S. 1101, 130 S. Ct. 2396, 176 L. Ed. 2d 784, 2010 U.S. LEXIS 3645.

April 26, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.